IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HAMMONS, | § | |
| | § | |
| Defendant Below, | § | No. 536, 2019 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. Nos. 1910017262 (N) |
| | § | 9809019760 (N) |
| Plaintiff Below, | § | 81002674DI (N) |
| Appellee. | § | |
| | § | |

Submitted: January 6, 2020
Decided: January 16, 2020

**O R D E R**

On December 19, 2019, the appellant, William Hammons, filed a notice of appeal from a November 7, 2019 Superior Court order sentencing him for violations of probation. Under Supreme Court Rule 6, a timely notice of appeal should have been filed on or before December 9, 2019. On December 19, 2019, the Senior Court Clerk issued, by certified mail, a notice directing Hammons to show cause why this appeal should not be dismissed as untimely filed. On December 26, 2019, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. Hammons has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Gary F. Traynor*
Justice